IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRAVIS WILLIAMS,**

**Plaintiff,**

**v.**

**OFFICER COWAN, et al.,**

**Defendants.**                                                                 No. 04-CV-0617-DRH

<u>**ORDER**</u>

**HERNDON, District Judge:**

Pending before the Court is Williams' motion for a Fed. R. Civ. P. 62 stay in proceeding to enforce a judgment (Doc. 42). A review of the pleading indicates that Williams is asking for a lengthy extension of time (to November 30, 2007) to file objections to a June 27, 2007 Report and Recommendation. Said motion is **GRANTED** in part. The Court **ALLOWS** Williams up to and including Tuesday, September 4, 2007 to file objections to the Report and Recommendation.

**IT IS SO ORDERED.**

Signed this 23rd day of July, 2007.

<u>/s/        David RHerndon</u>
**United States District Judge**