IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVIS WILLIAMS,

        Plaintiff,

     -vs-                              No.  04-CV-617 DRH

OFFICER COWAN, OFFICER CLOVER,
LIEUTENANT TAYLOR, OFFICER
ELLSWORTH, OFFICER EBERS,
OFFICER HEIN, OFFICER WARD,
MARJOR INMAN, DEBBIE MIDDENDORF,
CHARLES S. HINSLEY, RONALD BOONE,
and JOHN COLLIER,

        Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came before the Court on a Report and Recommendation by United States Magistrate Judge Phillip J. Frazier.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. The Defendants' motion for summary judgment is **GRANTED.**  Judgment is entered in favor of Defendants **OFFICER COWAN, OFFICER CLOVER, LIEUTENANT TAYLOR, OFFICER ELLSWORTH, OFFICER EBERS, OFFICER HEIN, and OFFICER WARD** and against Plaintiff **TRAVIS WILLIAMS**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants **HINSLEY, INMAN, MIDDENDORF, BOONE and COLLIER** are **DISMISSED** from this action with

prejudice.

                                                      **NORBERT G. JAWORSKI, CLERK**

September 12, 2007.                                BY: s/Patricia Brown
                                                                     Deputy Clerk

APPROVED: /s/        DavidRHerndon
                      **U.S. DISTRICT JUDGE**

Case 3:04-cv-00617-DRH   Document 46   Filed 09/12/07   Page 2 of 2   Page ID #270